Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br>Plaintiff,<br><br>vs.<br><br>GEORGE FERDINAND SARKISSIAN, et al.<br><br>Defendants. | CASE NO. 3:10-cv-01895-JSW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER<br>(Proposed) |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants George Ferdinand Sarkissian and Louise Charmaine Sarkissian hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference in the above entitled action from Friday, October 22, 2010 to a new date approximately thirty (30) to forty-five (45) days forward.

This brief extension of time is mutually requested for the following reasons:

1. Plaintiff's counsel Thomas P. Riley has been in discussion with defense counsel Scott Furstman who will be representing each of the named defendants in this action. Mr. Riley and Mr. Furstman reached an agreement that the defendants could defer filing a responsive pleading to Plaintiff's Complaint until Mr. Furstman could review and consider Plaintiff's written settlement demand with his clients.

1  **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED
2  BY THE PARTIES that this Honorable Court continue the case management conference in this
3  action for Friday, October 22, 2010 to a new date approximately thirty (30) to forty-five (45) days
4  forward.

5
6                                             Respectfully submitted,
7
8
9  Dated: October 18, 2010            */s/ Thomas P. Riley*
                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                     By: Thomas P. Riley
                                       Attorneys for Plaintiff
11                                     J & J Sports Productions, Inc.
12
13
14
   Dated:  October 19, 2010           */s/ Scott S. Furstman*
15                                     **LAW OFFICE OF SCOTT S. FURSTMAN**
                                       By: Scott S. Furstman
16                                     Attorneys for Defendants
17                                     George Ferdinand Sarkissian
                                       and Louise Charmaine Sarkissian
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. 3:10-cv-01895-JSW
PAGE 2**

1 **ORDER** ~~(Proposed)~~

2 **IT IS HEREBY** ordered that the case management conference in the above- entitled action is

3 hereby continued from Friday, October 22, 2010 at 1:30 P.M., to a new date of

4 December 17, 2010 at 1:30 p.m.

5     Plaintiff shall serve a copy of this Order on the defendants and thereafter file a

6 Certification of Service of this Order with the Clerk of the Court.

10 **IT IS SO ORDERED**:

14 *[Signature: Jeffrey S. White]*     Dated: October 19, 2010

15 **Honorable Jeffrey S. White**
**United States District Court**
16 **Northern District of California**

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
**AND ORDER ~~(Proposed)~~**
**CASE NO. 3:10-cv-01895-JSW**
**PAGE 3**