1  Thomas P. Riley, SBN 194706
2  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
   First Library Square
3  1114 Fremont Avenue
   South Pasadena, CA 91030-3227
4  Tel: 626-799-9797
5  Fax: 626-799-9795
   TPRLAW@att.net
6  **Attorneys for Plaintiff**
7  **J & J Sports Productions, Inc.**

8  Scott S. Furstman, SBN 76476
   **LAW OFFICES OF SCOTT S. FURSTMAN**
9  510 N. 3rd Street
10 San Jose, CA 95112
   Tel: 408-292-4132
11 Fax: 408-292-4162
12 sfurstman@sbcglobal.net
   **Attorneys for Defendants**
13 **George Ferdinand Sarkissian and**
   **Louise Charmaine Sarkissian**
14

15

16                     **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
17                       **SAN FRANCISCO DIVISION**

18  **J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO. 3:10-cv-01895-JSW**
19
                 **Plaintiff,**                  **STIPULATION TO CONTINUE CASE**
20                                               **MANAGEMENT CONFERENCE; AND**
                        **v.**                   **ORDER (Proposed)**
21
22  **GEORGE FERDINAND SARKISSIAN, et**
    **al.**
23
24                   **Defendants.**

25
     **TO THE HONORABLE JEFFREY S. WHITE, THE DEFENDANTS AND THEIR**
26
   **ATTORNEY/S OF RECORD:**
27
        By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants George
28
   Ferdinand Sarkissian and Louise Charmaine Sarkissian, individually and d/b/a Georgio's Restaurant,

hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference, in the above-entitled action (presently set for Friday, December 17, 2010 at 1:30 PM to a new date approximately Thirty (30) to Forty-five (45) days forward.

The Parties, and each of them, respectfully request a continuance for the following reasons:

First, Plaintiff's counsel of record, and trial counsel in the above-entitled action, has a calendaring conflict on Friday, December 17, 2010. Specifically, Plaintiff's counsel's daughter is scheduled to perform at a school function that same morning. In addition, at 3:30 P.M. that same day Plaintiff's counsel is scheduled to be seen by his physician for a medical examination that has been on calendar since November 3, 2010, and cannot be rescheduled until well into the new year.

Second, defense counsel of record, and trial counsel in the above-entitled action is presently hospitalized at Stanford Hospital and it is unlikely he will be cleared by his physicians to travel to San Francisco for an appearance as early as this Friday.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Case Management Conference to a new date approximately Thirty (30) to Forty-five (45) days forward.

Respectfully submitted,

Dated: December 14, 2010

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: December 14, 2010

Please see attached.
**LAW OFFICES OF SCOTT S. FURSTMAN**
By: Scott S. Furstman
Attorneys for Defendants
George Ferdinand Sarkissian and Louise Charmaine Sarkissian

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
AND ORDER (Proposed)
CASE NO. 3:10-cv-01895-JSW

1  hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case
2  Management Conference, in the above-entitled action (presently set for Friday, December 17, 2010
3  at 1:30 PM to a new date approximately Thirty (30) to Forty-five (45) days forward.

4        The Parties, and each of them, respectfully request a continuance for the following reasons:

5        First, Plaintiff's counsel of record, and trial counsel in the above-entitled action, has a
6  calendaring conflict on Friday, December 17, 2010. Specifically, Plaintiff's counsel's daughter is
7  scheduled to perform at a school function that same morning. In addition, at 3:30 P.M. that same day
8  Plaintiff's counsel is scheduled to be seen by his physician for a medical examination that has been on
9  calendar since November 3, 2010, and cannot be rescheduled until well into the new year.

10       Second, defense counsel of record, and trial counsel in the above-entitled action is presently
11 hospitalized at Stanford Hospital and it is unlikely he will be cleared by his physicians to travel to
12 San Francisco for an appearance as early as this Friday.

13       **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED
14 BY THE PARTIES that the Court reschedule the Case Management Conference to a new date
15 approximately Thirty (30) to Forty-five (45) days forward.

16                          Respectfully submitted,

17
18
19 Dated: December 14, 2010        /s/ Thomas P. Riley
20                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                   By: Thomas P. Riley
21                                 Attorneys for Plaintiff
                                   J & J Sports Productions, Inc.
22
23
24                                                    Cal Bar #113758
   Dated: December 14, 2010
25                                 **LAW OFFICES OF SCOTT S. FURSTMAN**
26                                 By: Scott S. Furstman
                                   Attorneys for Defendants
27                                 George Ferdinand Sarkissian and Louise Charmaine Sarkissian
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
AND ORDER (Proposed)
CASE NO. 3:10-cv-01895-JSW

1
2

<u>ORDER</u> (~~Proposed~~)

3      It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-01895-

4    JSW styled *J & J Sports Productions, Inc. v. George Ferdinand Sarkissian, et al.*, is hereby continued

5    from Friday, December 17, 2010 at 1:30 PM, to _ February 18, 2011 at 1:30 p.m. _____.

6
7
8

9    **IT IS SO ORDERED**:

10
11
12    _____          Dated:_ December 14, 2010 _____

13    The Honorable Jeffrey S. White
      **United States District Court**
14    **Northern District of California**

15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
AND ORDER ~~(Proposed)~~
CASE NO. 3:10-cv-01895-JSW