1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax:  626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**

7
                    **UNITED STATES DISTRICT COURT**
8                 **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
9

10  **J & J SPORTS PRODUCTIONS, INC.,**        **CASE NO.  3:10-CV-01895-JSW**

11           **Plaintiff,**

12              **v.**                          **STIPULATION FOR AN ORDER**
                                                **CONTINUING CASE MANAGEMENT**
13                                              **CONFERENCE; AND ORDER (Proposed)**

14  **GEORGE FERDINAND SARKISSIAN, et**
    **al.,**                                    **FOR:   HON. JEFFREY S. WHITE**
15

16           **Defendants.**

17

18         **TO THE HONORABLE JEFFREY S. WHITE:**

19         By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants George

20  Ferdinand Sarkissian and Louise Charmaine Sarkissian, individually and d/b/a Georgio's Restaurant,

21  hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case

22  Management Conference presently set for February 18, 2011 at 1:30 PM.

23         The request for the brief continuance is necessitated by the fact that counsel for the Parties have

24  been engaged in settlement discussions and request additional time to conclude same.

    ///
25  ///

26  ///

27  ///

28

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED

BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for

February 18, 2011 at 1:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: February 17, 2011      /s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

Dated: February 17, 2011      /s/ Scott S. Furstman
**LAW OFFICES OF SCOTT S. FURSTMAN**
By: Scott S. Furstman
Attorneys for Defendants
George Ferdinand Sarkissian and
Louise Charmaine Sarkissian

///
///
///
///
///
///
///
///
///
///

## ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-01895-JSW styled *J & J Sports Productions, Inc. v. George Ferdinand Sarkissian, et al.*, is hereby continued from 1:30 PM, February 18, 2011 to April 8, 2011 at 1:30 p.m._____.
A joint case management conference statement shall be due on April 1, 2011.

**IT IS SO ORDERED**:

_____       Dated: February 17, 2011 _____
**The Honorable Jeffrey S. White**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///