IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | No. C 10-1895 JSW |
| v. | **ORDER REQUIRING JOINT STATUS REPORT** |
| GEORGE FERDINAND SARKISSIAN, et al., | |
| Defendants. / | |

On April 7, 2011, Plaintiff filed a notice indicating the matter had settled. On May 29, 2011, counsel for defendants indicated that he was disqualified to act as an attorney for defendants. On June 2, 2011, the Court received notice from Plaintiff withdrawing its former notice and indicating that the case had indeed not settled.

Accordingly, the parties are HEREBY ORDERED to submit a Joint Status Report by no later than October 14, 2011 on the status of this matter.

**IT IS SO ORDERED.**

Dated: September 27, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE