IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

GEORGE FERDINAND SARKISSIAN, et al.,

    Defendants.

No. C 10-1895 JSW

**ORDER TO SHOW CAUSE**

On October 17, 2011, this Court set a case management conference to be held on December 2, 2011. Defendants, no longer represented by counsel who has filed a notice of suspensions from the practice of law, did not appear. Defendants, sued in their corporate capacity, may not proceed *pro se*. Accordingly, Defendants are HEREBY ORDERED to submit a Status Report by no later than December 19, 2011 indicating whether they will defend this lawsuit and whether they intend to secure counsel to represent them. Should Defendants fail to appear in response to this order, Plaintiff may move accordingly.

In addition, although Defendants' counsel submitted a notice of his suspension from practice, he never sought a stay of this matter or to withdraw formally from the case. Accordingly, he remains counsel of record and was obligated to inform the Court of his election. Therefore, Defendants' counsel, Scott S. Furstman, is HEREBY ORDERED to show cause why sanctions in the amount of $1,000 should not be assessed against him personally for his failure to provide the Court with adequate information and to follow this Court's order setting the case management which required the appearance of lead counsel.

Lastly, Plaintiff is HEREBY ORDERED to serve this order on Defendants and Defendants' counsel directly by no later than December 7, 2011 and to file proof of such service.

**IT IS SO ORDERED.**

Dated: December 5, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2