IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

GEORGE FERDINAND SARKISSIAN, et al.,

    Defendants.
                                              /

No. C 10-1895 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

       On December 5, 2011, this Court issued an order to show cause requiring Defendants to submit a Status Report by no later than December 19, 2011 indicating whether they will defend this lawsuit and whether they intend to secure counsel to represent them.

       In addition, the order required that Defendants' counsel, Scott S. Furstman, who had submitted a notice of his suspension from practice, but had never sought a stay of this matter or to withdraw formally from the case, show cause why sanctions in the amount of $1,000 should not be assessed against him personally for his failure to provide the Court with adequate information and to follow this Court's order setting the case management which required the appearance of lead counsel.

       Having received the response from Mr. Furstman and the notice of appearance of substitute counsel, Paul J. Derania, the Court HEREBY DISCHARGES the order to show cause. No sanctions shall be assessed and the docket should reflect the substitution of counsel

///

///

for Defendants. Mr. Furstman is no longer counsel of record.

**IT IS SO ORDERED.**

Dated: December 20, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE