Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Paul J. Derania, SBN 113758
**LAW OFFICES OF PAUL J. DERANIA**
510 N. Third Street
San Jose, CA 95112
Telephone No. (408) 288-5505
Facsimile No. (408) 977-1556
Email: pderania@yahoo.com
**Attorneys for Defendants**
**George Ferdinand Sarkissian and**
**Louise Charmaine Sarkissian**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 3:10-CV-01895-JSW** |
| **Plaintiff,** | **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** (Proposed) |
| **v.** | |
| **GEORGE FERDINAND SARKISSIAN, et al.,** | |
| **Defendants.** | |

**TO THE HONORABLE JEFFREY S. WHITE:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendants George Ferdinand Sarkissian and Louise Charmaine Sarkissian, hereby agree, stipulate, and respectfully request that this Honorable Court continue the August 24, 2012 Case Management Conference for

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

sixty (60) to ninety (90) days.

The Parties mutually request a continuance of the Conference in order that defense counsel may file its motion to withdraw as counsel of record. Defense counsel anticipates filing this motion on/or before Friday, August 24, 2012, noticing a motion hearing date approximately thirty (30) days thereafter. Although Plaintiff will not oppose defense counsel's motion, counsel for the Parties believe any ruling from the Honorable Jeffrey S. White on defense counsel's motion would likely not be forthcoming until approximately thirty (30) days after the noticed motion hearing date.

**WHEREFORE,** the aforementioned Parties respectfully request the Court continue the Case Management Conference for sixty (60) to ninety (90) days, by which time the Parties anticipate the Court will have ruled on defense counsel's motion to withdraw.

Respectfully submitted,

Dated: August 16, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: August 16, 2012

*/s/ Paul J. Derania*
**LAW OFFICES OF PAUL J. DERANIA**
By: Paul J. Derania
Attorneys for Defendants
George Ferdinand Sarkissian and
Louise Charmaine Sarkissian

///
///
///

## ORDER ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-01895-JSW styled *J & J Sports Productions, Inc. v. George Ferdinand Sarkissian, et al.*, is hereby continued from 1:30 PM, August 24, 2012 to __ December 7, 2012 at 1:30 p.m. _____ _

_____ .

**IT IS SO ORDERED**:

_____        Dated:___ August 20, 2012 ___

**The Honorable Jeffrey S. White**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///