1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
3  1114 Fremont Avenue
   South Pasadena, CA 91030-3227
4  Tel: 626-799-9797
5  Fax: 626-799-9795
   TPRLAW@att.net ·
6  **Attorneys for Plaintiff**
7  **J & J Sports Productions, Inc.**

8  George Ferdinand Sarkissian
   Louise Charmaine Sarkissian
9  1080 Essex Avenue
10 Sunnyvale, CA 94089-1507
   Telephone No. (408) 401-5229
11 **Defendants, Pro Se**

12            **UNITED STATES DISTRICT COURT**
13           **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
14

15 **J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO. 3:10-CV-01895-JSW**

16            **Plaintiff,**                    **STIPULATION FOR AN ORDER**
                                                **CONTINUING CASE MANAGEMENT**
17              **v.**                          **CONFERENCE; AND ORDER**
                                                ~~(Proposed)~~
18
   **GEORGE FERDINAND SARKISSIAN, et**
19 **al.,**

20
             **Defendants.**
21

22 **TO THE HONORABLE JEFFREY S. WHITE:**

23

24    By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendants George

25 Ferdinand Sarkissian and Louise Charmaine Sarkissian, hereby agree, stipulate, and respectfully

26 request that this Honorable Court continue the December 7, 2012 Case Management Conference for

27 sixty (60) to ninety (90) days.

   ///
28

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

1       The Parties mutually request a continuance of the Conference by the fact that the Parties have

2   been engaged in settlement discussions and request additional time to conclude same.

3       **WHEREFORE,** the aforementioned Parties respectfully request the Court continue the

4   Case Management Conference for thirty (30) to Forty-Five (45) days forward.

5

6                                                  Respectfully submitted,

7

8

9

10  Dated: November 28, 2012          */s/ Thomas P. Riley*
                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
11                                    By: Thomas P. Riley
                                      Attorneys for Plaintiff
12                                    J & J Sports Productions, Inc.

13

14

15  Date: November __, 2012

16                                    **GEORGE FERDINAND SARKISSIAN**
                                      By: George Ferdinand Sarkissian
17                                    Defendant, Pro Se

18

19

20

21

22  Date: November ____, 2012
                                      **LOUISE CHARMAINE SARKISSIAN**
23                                    By: Louise Charmaine Sarkissian
                                      Defendant, Pro Se

24

25

26  ///

27  ///

28  ///

ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-01895-JSW styled *J & J Sports Productions, Inc. v. George Ferdinand Sarkissian, et al.*, is hereby continued from 1:30 PM, December 7, 2012 to ___February 22, 2013 at 1:30 p.m.___

_____ .

IT IS SO ORDERED:

_____        Dated:___December 4, 2012___
The Honorable Jeffrey S. White
United States District Court
Northern District of California

///
///
///
///
///
///
///
///
///
///
///
///
///
///