Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net ·
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

George Ferdinand Sarkissian
Louise Charmaine Sarkissian
1080 Essex Avenue
Sunnyvale, CA 94089-1507
Telephone No. (408) 401-5229
**Defendants, Pro Se**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 3:10-CV-01895-JSW** |
| **Plaintiff,** | **STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **v.** | ~~(Proposed)~~ |
| **GEORGE FERDINAND SARKISSIAN, et al.,** | |
| **Defendants.** | |

**TO THE HONORABLE JEFFREY S. WHITE:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendants George Ferdinand Sarkissian and Louise Charmaine Sarkissian, hereby agree, stipulate, and respectfully request that this Honorable Court continue the December 7, 2012 Case Management Conference for sixty (60) to ninety (90) days.

///

1    The Parties mutually request a continuance of the Conference by the fact that the Parties have

2    been engaged in settlement discussions and request additional time to conclude same.

3    **WHEREFORE,** the aforementioned Parties respectfully request the Court continue the

4    Case Management Conference for thirty (30) to Forty-Five (45) days forward.

5

6    Respectfully submitted,

7

8

9

10   Dated: November 28, 2012    */s/ Thomas P. Riley*
     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
11   By: Thomas P. Riley
     Attorneys for Plaintiff
12   J & J Sports Productions, Inc.

13

14

15   Date: November __, 2012

16   **GEORGE FERDINAND SARKISSIAN**
     By: George Ferdinand Sarkissian
17   Defendant, Pro Se

18

19

20

21

22   Date: November ____, 2012

     **LOUISE CHARMAINE SARKISSIAN**
23   By: Louise Charmaine Sarkissian
     Defendant, Pro Se
24

25

26   ///

27   ///

28   ///

**ORDER** (Proposed)

1

2   It is hereby ordered that the Case Management Conference in civil action number 3:10-cv-

3   01895-JSW styled *J & J Sports Productions, Inc. v. George Ferdinand Sarkissian, et al.,* is hereby

4   continued from 1:30 PM, December 7, 2012 to ___ February 22, 2013 at 1:30 p.m. _____

5   _____  .

6

7

8   **IT IS SO ORDERED**:

9

10

11

12   _____        Dated:____ December 4, 2012 _____

13   **The Honorable Jeffrey S. White**
     **United States District Court**
14   **Northern District of California**

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///