Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISON

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:10-cv-01895-JSW |
| Plaintiff, | ORDER (Proposed) |
| vs. | |
| GEORGE FERDINAND SARKISSIAN, et al., | |
| Defendants. | |

**<u>ORDER</u> (Proposed)**

 **IT IS HEREBY** ordered that the Case Management Conference in the above-entitled action is hereby continued from Friday, February 22, 2013 at 1:30 PM to a new date of March 8, 2013 at 1:30 p.m. Joint case management statement due by March 1, 2013.

 Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____     Dated: February 21, 2013
**Honorable Jeffrey S. White**
**United States District Court**
**Northern District of California**

Page 1