1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax: 626-799-9795
   TPRLAW@att.net
5
   Attorneys for Plaintiff
6  J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISON

10 | J & J SPORTS PRODUCTIONS, INC.,        | Case No. 3:10-cv-01895-JSW
11 |                                         |
   |         Plaintiff,                      | ORDER (Proposed)
12 |                                         |
   |         vs.                             |
13 |                                         |
14 | GEORGE FERDINAND SARKISSIAN, et al.,    |
15 |                                         |
   |         Defendants.                     |
16

                    **ORDER** (Proposed)
17

18     **IT IS HEREBY** ordered that the Case Management Conference in the above-entitled

19 action is hereby continued from Friday, February 22, 2013 at 1:30 PM to a new date of

20 March 8, 2013 at 1:30 p.m.  Joint case management statement due by March 1, 2013.

21     Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a

22 Certification of Service of this Order with the Clerk of the Court.

23
   **IT IS SO ORDERED**:
24

25
   _[signature: Jeffrey S. White]_                Dated: February 21, 2013
26
   **Honorable Jeffrey S. White**
27 **United States District Court**
   **Northern District of California**
28

                        Page 1