THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> George Ferdinand Sarkissian, et al., <br><br> Defendants. | CASE NO. CV 10-01895 JSW <br><br> STIPULATED JUDGMENT |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Ten Thousand Dollars (10,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc. and against George Ferdinand Sarkissian and Louise Charmaine Sarkissian, individually and d/b/a Georgio's Restaurant.

///
///
///
///
///

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and Stipulated Judgment forthwith.

Dated: February 22, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____

GEORGE FERDINAND SARKISSIAN
individually and d/b/a GEORGIO'S RESTAURANT
(Defendant)

Dated: _____

LOUISE CHARMAINE SARKISSIAN
individually and d/b/a GEORGIO'S RESTAURANT
(Defendant)

The case management set for March 8, 2013 is HEREBY VACATED. Plaintiff shall serve all defendants with this order by no later than March 11, 2013.

**IT IS SO ORDERED:**

_____
The Honorable Jeffrey S. White
United States District Court
Central District of California

Dated: March 7, 2013

STIPULATED JUDGMENT
CASE NO. CV 10-01895 JSW
Page 2